UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ditech Financial, LLC; Federal National Mortgage Association,<br><br>　　　　Plaintiffs<br><br>v.<br><br>T-Shack, Inc.,<br><br>　　　　Defendant | 2:16-cv-02812-JAD-NJK<br><br>**Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130**<br><br>[ECF No. 10] |

　　　　Defendant T-Shack, Inc. has demanded that plaintiffs Ditech Financial, LLC and the Federal National Mortgage Association—both out-of-state residents—post cost bonds under NRS 18.130(1).[1] The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2] Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3] If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

　　　　Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

- T-Shack's Demand for Security of Costs **[ECF No. 10] is GRANTED**;
- In the event that the cost bonds are presented for deposit, **the CLERK OF COURT is directed to accept the deposit of $500.00 from each plaintiff under NRS 18.130** as

---

[1] ECF No. 10.

[2] Nev. Rev. Stat. § 18.130(1).

[3] *Id*.

[4] Nev. Rev. Stat. § 18.130(4).

security for costs and charges that may be awarded against them. The plaintiff must bring a copy of this order to the Clerk's office when making this deposit.

IT IS FURTHER ORDERED that **this case is stayed by operation of NRS 18.130(1) until the $500 cost bonds are deposited.**

DATED: February 22, 2017

_____
Jennifer A. Dorsey
United States District Judge