1  COLT B. DODRILL, ESQ.
   Nevada Bar No. 9000
2  WOLFE & WYMAN LLP
   6757 Spencer Street
3  Las Vegas, NV  89119
   Tel: (702) 476-0100
4  Fax: (702) 476-0101
   cbdodrill@wolfewyman.com
5
   Attorneys for Plaintiffs
6  DITECH FINANCIAL LLC and
   FEDERAL NATIONAL MORTGAGE
7  ASSOCIATION

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>           Plaintiffs,<br><br>  v.<br><br>T-SHACK, INC.<br><br>           Defendant. | CASE NO.: 2:16-cv-02812-JAD-NJK<br><br>MOTION FOR CHANGE OF ATTORNEY DESIGNATION |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that Christian A. Miles, Esq., from the firm of Wolfe & Wyman is no longer counsel of record in the above-captioned matter and should be removed from all further notices.

///
///
///
///
///
///
///

1

2676471.1

The attorneys to be noticed of all further filings and hearings is as follows:

**Colt B. Dodrill, Esq. (Nevada Bar No. 9000)**
cbdodrill@wolfewyman.com

DATED:   February 24, 2017        WOLFE & WYMAN LLP


By: */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Plaintiffs
DITECH FINANCIAL LLC and FEDERAL
NATIONAL MORTGAGE ASSOCIATION

IT IS SO ORDERED.

DATED: February 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

2

2676471.1